IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00436-WYD-MJW

CAREY L. KONCILJA,

    Plaintiff,

v.

CENTURA – ST. MARY – CORWIN HOSPITAL

    Defendant

---

ORDER   ( *Docket No. 22* )

---

**Entered by Magistrate Judge Michael J. Watanabe**

In response to Plaintiff's MOTION FOR LEAVE OF COURT TO FILE AMENDED COMPLAINT and pursuant to Fed.R.Civ.P. 15(a).

IT IS HEREBY ORDERED *Motion For* Leave to file Amended Complaint *(Docket No. 22)* be GRANTED. *The Amended Complaint is Accepted For Filing As of the Date of This Order.*

DATED: *September 30* , 2009 at Denver, Colorado.

BY THE COURT:

*[signature]*

Michael J. Watanabe
United States Magistrate Judge