IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00436-WYD-MJW

CAREY L. KONCILJA

Plaintiff(s),

v.

CENTURA - ST. MARY - CORWIN HOSPITAL,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Stay (docket no. 28) is GRANTED pursuant to Pet Milk Company v. Ritter, 323 Fl2d 586, 588 (10th Cir. 1963) and the Plaintiff has failed to file any timely response to this motion and thus the motion is also deemed confessed.

It is FURTHER ORDERED that this case is STAYED until further Order of Court. The parties shall file jointly, on the first day of each month beginning January 1, 2010, and for each month thereafter, a written Status Report concerning the companion case 09-CV-01642-REB-MJW.

Date:  December 7, 2009