IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00436-WYD-MJW

CAREY L. KONCILJA,

Plaintiff,

v.

CENTURA-ST. MARY-CORWIN HOSPITAL-PUEBLO

---

**ORDER GRANTING JOINT MOTION FOR CLARIFICATION** ( Docket no 39 )

---

This matter having come before the Court upon the Joint Motion for Clarification filed by the Parties, and the Court having reviewed the Motion and its file and being fully advised,

IT IS HEREBY ORDERED that the following deadlines shall be, and hereby are vacated.

    a.    Discovery Deadline April 2, 2010;

    b.    Dispositive Motions Deadline May 7, 2010; and

    c.    Final Pretrial Conference July 8, 2010 at 9:00 a.m.

DONE this 2nd day of April, 2010.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

4818-9839-1813.1